IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.  1:09-cr-188-MEF |
| | ) | |
| STEVEN MICHAEL CAPSHAW | ) | (WO) |

# **O R D E R**

After an independent review, it is the ORDER, JUDGMENT, and DECREE of this Court that:

1. The defendant's objection to the Magistrate Judge's recommendation (Doc. # 39), filed on March 29, 2010, is OVERRULED.

2. The Magistrate Judge's recommendation (Doc. # 64), entered on March 15, 2010, is ADOPTED.

3. The defendant's Motion to Suppress Evidence (Doc. # 39), as supplemented (Doc. # 44), is DENIED.

DONE this the 31st day of March, 2010.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE